UNITED STATES of AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

TIMOTHY GONZALES,

   Plaintiff,

 -vs-                                     Case No.  22-11503
                                           Hon. Robert H. Cleland

MILLENNIAL AUTO GROUP LLC,

   Defendant.

## JUDGMENT AGAINST MILLENNIAL AUTO GROUP LLC
## FOR ODOMETER FRAUD

This matter having come before the court on Plaintiff's Motion for Entry of Default Judgment against MILLENNIAL AUTO GROUP LLC, **IT IS ORDERED AND ADJUDGED** that Judgment shall enter in favor of TIMOTHY GONZALES and against MILLENNIAL AUTO GROUP LLC for Odometer Fraud in the total amount of $13,478.53, which includes a $10,000.00 award for damages and a $3,478.53 award for reasonable attorney fees and costs.

                                                     **SO ORDERED**.

                                                     S/Robert H. Cleland
                                                   Hon. Robert H. Cleland

Entered on September 28, 2022.