UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TIMOTHY GONZALES,

              Plaintiff,

v.                                                                      Case No. 22-cv-11503

MILLENNIAL AUTO GROUP,LLC,

              Defendant.
_____/

**ORDER STRIKING AS IMPROPER PLAINTIFF'S REQUEST AND ORDER TO SEIZE PROPERTY**

After properly obtaining a Default Judgment (ECF No. 8), on December 6, 2022, Plaintiff Timothy Gonzales filed a Michigan State Court Administrative Office ("SCAO")-approved form order, Form MC 19 "Request and Order to Seize Property." (ECF No. 10.) Plaintiff's filing violates Local Rules 5.1 and 7.1(d), as it does not comply with proper formatting parameters or include a supporting brief. Consequently, it will be struck from the record. While sufficient for Michigan state courts, SCAO Form MC 19 does not provide this court with certain information[1] relevant to a decision on Plaintiff's seizure request. Should Plaintiff still seek the general relief sought by the request to seize property, it must do so in accordance with all relevant rules of civil procedure and local rules. Accordingly,

IT IS ORDERED that Plaintiff's Request and Order to Seize Property (ECF No. 10) is STRICKEN from the record.

---

[1] For example, to grant a seizure request, the court would need to know what property Plaintiff seeks to seize with supporting documentation showing that the property in question belongs to Defendant Millennial Auto Group, LLC.

                                          s/Robert H. Cleland        /
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated:  December 12, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 12, 2022, by electronic and/or ordinary mail.

                                          s/Lisa Wagner           /
                                          Case Manager and Deputy Clerk
                                          (810) 292-6522

S:\Cleland\Cleland\EKL\Opinions & Orders\Civil\22-11503.GONZALES.OrderStrikingImproperDocument.EKL.docx